**Guy T. HELVERING, Commissioner of Internal Revenue, v. R. G. STIVERS.**

No. 1607.

Circuit Court of Appeals, Tenth Circuit.

Sept. 22, 1937.

Morrison Shafroth, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

L. E. Cahill, of Tulsa, Okl., for respondent.

Before BRATTON and WILLIAMS, Circuit Judges, and SYMES, District Judge.

PER CURIAM.

Petition for review dismissed on motion of petitioner.

**John Joseph HUNT, Appellee, v. The UNITED STATES of America, Appellant.**

No. 439.

Circuit Court of Appeals, Second Circuit.

July 26, 1937.

Lamar Hardy, U. S. Atty., of New York City (Kirlin, Campbell, Hickox, Keating & McGrann, Vernon S. Jones, and Raymond Parmer, all of New York City, of counsel).

Herman Rapport, of New York City (Jacquin Frank, of New York City, of counsel), for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree (17 F.Supp. 578), affirmed.

**John Wuest HUNT v. UNITED STATES.**

No. 8592.

Circuit Court of Appeals, Ninth Circuit.

Sept. 7, 1937.

Hugh E. Macbeth, of Los Angeles, Cal., for appellant.

Ben Harrison, U. S. Atty., of Los Angeles, Cal.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal herein dismissed, that a judgment of dismissal be filed and entered accordingly; mandate forthwith.